**Earl Darren BLACK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40629.**

Missouri Court of Appeals, Western District.

Dec. 6, 1988.

▮

Jeffrey J. Rosanswank, Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and COVINGTON, JJ.

## ORDER

PER CURIAM.

Appeal from denial or Rule 24.035 motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).